JORDAN CADOREE
VS
United States Treasury

In The U.S. Court McLennan County, Tx of Western District

6:23-cv-00323

Plaintiff Original Petition

To The Honorable Court:

**FILED**
May 03, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ad_____
DEPUTY

Jordan Cadoree, The Plaintiff, complains of United States Treasury Department, the defendants and for cause of action under Texas Business and Commerce code Chapter 9 shows:

### ALLEGATION OF Discovery Level Facts

The Plaintiff seeks only monetary relief aggregating $250,000, or less excluding interest, statutury or punitive damages and penalties, and attorney's fees and cost so that this action is subject to the expedited actions process of civil procedure rule 164 and discovery must therefore be conducted under civil procedure rule 190.2

### Plaintiff Relief

The Plaintiff seeks relief monetary of over $250,000 but not more than: Principle amount set at $1,000,000.00 per use owed to him under the U.C.C financial statement (STRAWMAN) in which would allow him to make bail under art. 1.07 using the bonds owe to him under the U.C.C Admirality Commercial CONTRACTS

## JURIDICTION

The Honorable Judge of said court shall order. The defendent duly executed a security aggrement to secure the Payment of $1,100,000.00 as the Purchase Price of Plantiff bail order by the Honorable Judge of Mclennan county court, which Defendants social security aggrement granted the Plantiff a security intrest in these goods

## CLAIMS FOR DAMAGES

The Defendant owes the Plantiff the sum of $100,000,000.00 which is the amount due and unpaid by the U.S Treasury Department of failure to Pay the installments under the aggrement, in addition to the reasonable attorney's fee's, making a total of $1,000,000.00 per use plus intrest which is held under JORDAN CADOREE, Berth and social security number which funds are owed to him as a CORPORATION CONTRACT

## VENUE

On April 28, 2023. The Plantiff duly Perfected a security intrest by filing a financing statement in Proper form in writing a letter to the office of the Texas Secretary of state or Mclennan county Texas

## STATEMENT OF CLAIM

The Plaintiff, by virtue of the security agreement, is entitled to have the security intrest payable to him in the full amount, and to have the proceeds applied to satisfy the debt owing to the Plaintiff by the defendent;

## PRAYER FOR RELIFE

Wherefore, The Plaintiff requests that the defendant cited to appear and answer for the Judgement against the defendant for the sum of $100,000,000.00 a sum with the Jurisdiction limit of court

Respectfully Submitted,

(Signature) [signed]

(Type Name) JORDAN CADOREE

(date) 04-28-2023

# JORDAN CADOREE
# VS.
# UNITED STATES

## Uniform Commercial Code
## FINANCIAL STATEMENT 1
TO THE HONORABLE JUDGE OF SAID COURT:

I Jordan Cadoree am the lien claimant filing the attached financing statement. I declare, under U.C.C. article 9 as follows:

This statement is issued pursuant to the authority of the U.C.C. to enable Jordan Cadoree, the holder of this statement to register or obtain new collateral describe in this statement

## DEFAULT BY DEBTOR
Jordan Cadoree is the debtor in a secured transaction held by the U.S. Treasury Department (Jannes Yellen) involving security intrest in the following collateral:

## FICTION / CORPORATIONS / DEBT / SOVEREIGN

Anything man creates is a fiction - It is Not real it will pass away. ANYTHING the creator creates is real and will last forever. The Ledgers right side are fictions or corporations and being mans creations can only create debt. ANYTHING the

creator creates, sovereign mankind, is real and the sovereign creates energy, which is money's creation so fictions/ corporations create Debt- sovereign mankind creates money

## EXERCISE OF REMEDIES BY SECURED BY SECURED PARTY

On December 31, 1981, The U.S Treasury Department Secured Party in the secured transaction with JORDAN CADOREE exercised it's Post-default remedies as a third party "contract"/strawman under U.C.C Section 9-610 with respect to the collateral.

## TRANSFER OF COLLATERAL

As a result of the secured partys exercise of it's post-default remedies the debtors intrest in the collateral monetary funds in the sum amount of 100,000,000.00 to obtain bond on his release in which is owed to cadoree. under U.C.C Art 9 STRAWMAN shall be transferred to JORDAN CADOREE account number CID 01888247 location at the Mclennan county Jail in Waco, Texas

## Facts

The Sovereign could not be forced into the Federal corporation THE UNITED STATES OR THE UNITED STATES OF AMERICA. THE SOVEREIGN Jordan

Cadoree] could not have his rights taken away from him - except the fiction/Government/corporation could get us, by our permission or consent by assent for turning over these rights for the privilage? It is through an "illusion" we will take your Birth certificate as a means for money creation." THE Government creates bonds, notes, Ect, lets us think they have some magical means for creating money, and if we wants some money - give us your rights it is the sovereign who owns EVERYTHING both the debtside - I.e STRAWMAN and the privateside.

NO CHASE
ERIE R.R. V. THOMPKIN 304 V.S. 64
On or about 1938 Erie railroad vs Tompkins was established by the supreme court - where there is no contract there is NO CASE

Wherefore, Jordan Cadoree prays this court grants this U.C.C 1 Financial statement Article 9 of the united states constitution Rights, Respectfully submitted this on the 28th day of April 2023

RESPECTFULLY SUBMITED

Our Souls know that there is no way that we will be friends without us being real with eachother Our Souls. Our Souls know that our friendship has to be 100% in order for us to be truly happy. Because we are Soul Mate. I was thinking back on our conversation we had on the phone last night. And how you was saying how you can read a person Soul. I must admit you was right about my Soul. It's hard for me to talk to a person when we first meet. But it is not like that with you. I trust you and don't mine expressing myself to you. I been hurt so much in my life and like you said you can see it in my eyes. The closer I get to you the more you make see that by giving me all you got your friendship has captured me. I was thinking that we could never be more than just friends. But inside of me I know this is real cause it's growing sweeter and sweeter. You pulling me in like gravity and I needing you more and more.

_[signature]_                                (Signature)

Jordon Cadorce                               (Type Name)

4-28-2023                                    (DATE)

3201 E Hwy 6 Waco Texas 76705 (Address)

#01868247                                    (CID Number)