**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **JORDAN CADOREE** | § | |
| **(McLennan County #0188247)** | § | |
| | § | |
| **V.** | § | **W-23-CA-323-ADA** |
| | § | |
| **UNITED STATES TREASURY** | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which dismissed Plaintiff's complaint, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as frivolous.

**IT IS FURTHER ORDERED** that the above entitled cause of action is hereby **CLOSED**.

**SIGNED** on May 17, 2023

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1